# Exhibit C

**Office of the Sheriff**
**New Castle County, Delaware**

Scott T. Phillips
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

FILED
1/15/2026 1:38 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L015551
Calendar, Q
36204598

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

1/12/2026

**Court Case # 2025L015551**
**Sheriff # 26-000207**

### PETER D'ANGELO
vs
### GREAT DAY IMPROVEMENTS, LLC

Steven Elliott, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative **Marcel Walker, SOP Manager** at **NATIONAL REGISTERED AGENTS 1209 ORANGE STREET WILMINGTON, DE 19801** on 1/9/2026 at 11:00 AM a copy of SUMMONS AND COMPLAINT for **GREAT DAY IMPROVEMENTS LLC**.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

Fees Paid: $85.00

_S. E. Elliott_
**Steven Elliott, Deputy Sheriff**

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

**BE IT REMEMBERED** that on 1/12/2026 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Steven Elliott, a Deputy Sheriff of New Castle County and State of Delaware and stated that the facts stated above are true and correct.

SWORN AND SUBSCRIBED before me, the date and year aforesaid.

_Notary Public_

Page 1 of 1