# Exhibit D

# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case information for case number:

Return to Results    Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2025L015551 | LCALQ | 12/19/2025 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| PETER D'ANGELO | Breach of Contract - Non-Jury | GREAT DAY IMPROVEMENTS, LLC | TODD BRAND |

| Ad Damnum |
|---|
| 0 |

**Future Court Activity:**

| Court Date: | 02/19/2026 | Hearing Type: | First Time Case Management First Time Case Management(Judicial Officer:Calendar, Q,Swedlow, Stephen) | Time: | 9:30 AM | Location: | Court Room 2007,Richard J Daley Center |
|---|---|---|---|---|---|---|---|

**Case Activities:**

| Activity Date: | 02/05/2026 | Event Desc: | Notice Filed | Comments: | Notice of Limited Scope Appearance |
|---|---|---|---|---|---|

| **Activity Date:** | 01/16/2026 | **Event Desc:** | Postcard Generated | **Comments:** | |
|---|---|---|---|---|---|
| **Activity Date:** | 01/16/2026 | **Event Desc:** | Electronic Notice Sent | **Comments:** | |
| **Activity Date:** | 01/15/2026 | **Event Desc:** | Affidavit Of Service Filed | **Comments:** | Affidavit of Service upon Def. |
| **Activity Date:** | 12/19/2025 | **Event Desc:** | New Case Filing | **Comments:** | |
| **Activity Date:** | 12/19/2025 | **Event Desc:** | Contract Complaint Filed | **Comments:** | Complaint at law |
| **Activity Date:** | 12/19/2025 | **Event Desc:** | Summons Issued And Returnable | **Comments:** | Summons |

Please Note:If you do not find a case you are looking for, please contact our Customer Service Call Center at (312) 603-5030 and they can assist you with your search.