# Exhibit E

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
01/09/2026
CT Log Number 551053790

## Service of Process Transmittal Summary

**TO:**    Kim Veal
Great Day Improvements, LLC
2500 E ENTERPRISE PKWY
TWINSBURG, OH 44087

**RE:**    **Process Served in Delaware**

**FOR:**    GREAT DAY IMPROVEMENTS, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: PETER D'ANGELO, an Individual // To: GREAT DAY IMPROVEMENTS, LLC |
| **CASE #:** | 2025L015551 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **PROCESS SERVED ON:** | NRAI Services, LLC, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/09/2026 at 09:22 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  Ed Weinfurtner  ed.weinfurtner@greatdayimprovements.com |
| | Email Notification,  Pamela Dunlap  pam.dunlap@greatdayimprovements.com |
| | Email Notification,  Kim Veal  kim.veal@greatdayimprovements.com |
| | Email Notification,  Patricia Dume  patricia.dume@greatdayimprovements.com |
| **REGISTERED AGENT CONTACT:** | National Registered Agents, Inc |
| | 1209 Orange Street |
| | Wilmington, DE 19801 |
| | 866-539-8692 |
| | CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.