# Exhibit F

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER D'ANGELO,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT DAY IMPROVEMENTS, LLC,<br><br>    Defendant. | Case No. _____ |

## DECLARATION OF LIZ HULDIN

I, Liz Huldin, make this Declaration under 28 U.S.C. § 1746 on my own personal knowledge:

1. I am over the age of 18, and I am competent to testify as to all matters set forth herein. I have personal knowledge of all of the matters set forth herein, except for matters stated on information and belief.

2. I am employed as the Chief People Officer of Defendant Great Day Improvements, LLC.

3. Great Day Improvements, LLC is a limited liability company organized under the laws of the State of Delaware and is headquartered at 2500 E. Enterprise Pkwy., Twinsburg, OH 44087.

4. The members of Great Day Improvements, LLC are all domiciled and reside in either Ohio or Maryland. None of Great Day Improvements, LLC's members are domiciled in or residents of the State of Illinois.

I, Liz Huldin, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this  4th   day of February, 2026.

Signed by:

*Liz Huldin*

Liz Huldin

2